UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

IN RE:

HOLLIE LYNN WATSON and             Case No.: 3:13-bk-02864-PMG

ROBERT TODD WATSON

        Debtors.
_____/

## ORDER VACATING AND SETTING ASIDE PREVIOUS ORDER DISMISSING CASE AND SUPPLANTING PETITION WITH AMENDED PETITION

An order of Dismissal was issued on May 24, 2013 (Docket entry 12), for failure to timely cure Deficiencies (an original signature was not contained on the petition and the Court's file lacked a Notice of Social Security Number), (Docket entry 3). Although not timely, the Deficiencies were cured when the Debtor's attorney filed the attachments to the Motion to Vacate and Set Aside and Accept Amended Petition on June 21, 2013 (Docket entry 14). The Motion to Vacate and Set Aside and Accept Amended Petition is unopposed.

    Therefore, it is:

ORDERED:

1. The Order Dismissing Case is hereby vacated and set aside.

2. The Notice of Social Security Number attached to Docket entry 14 is accepted and filed.

3. The Amended Petition attached to Docket entry 14 is accepted and supplants the original petition in this case.

4. The stay remains in effect and the case will be continued.

DATED this 30 day of July, 2013, in Jacksonville, Florida.

*Paul M. Glenn*
PAUL M. GLENN
United States Bankruptcy Judge

Attorney Neil L. Weinreb, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.